UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRUCESTAN T. JORDAN | ) | |
| | ) | |
| v. | ) | NO. 3:10-0525 |
| | ) | JUDGE CAMPBELL |
| UNITED STATES OF AMERICA, et al. | ) | |

ORDER

In light of the allegations in the Demand to Delete, Terminate, and Withdraw this Action (This is Not a Motion) (Docket No. 15) against me, I hereby recuse myself from this action.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE