IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRUCESANT T. JORDAN, )
)
    Movant, )    NO. 3:10-00525
)    JUDGE HAYNES
v. )
)
UNITED STATES OF AMERICA, *et al.*, )
)
    Respondents. )

## O R D E R

Movant, Brucesant T. Jordan, filed his pro se motion to vacate under 28 U.S.C. § 2255, asserting claims inter alia under the Sixth Amendment for alleged ineffective assistance of counsel at his trial.

The Clerk is **ORDERED** to serve the respondent with a copy of the motion. The respondent shall file a response to this motion within sixty (60) days from entry of this Order.

It is so **ORDERED**.

**ENTERED** this the 13th day of October, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge