UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| BRUCESTAN T. JORDAN | ) | |
| | ) | |
| v. | ) | No. 3:10-cv-00525 |
| | ) | Judge Haynes / Bryant |
| UNITED STATES OF AMERICA | ) | |

## MOTION TO STAY RESPONSE

On October 14, 2010, this Court ordered the United States to respond to that portion of petitioner's complaint dealing with ineffective assistance of counsel within 60 days (Docket Entry 23). On October 15, 2010, the United States filed a dispositive motion to dismiss the case for untimely filing (Docket Entry 26). The government moves the Court to stay the requirement for a response to petitioner's motion until 60 days after its motion to dismiss this action is ruled upon.

*ORDER: Upon review of the record, this motion and the motion to dismiss (DE No. 26) are DENIED without prejudice to renew. The Federal Public Defender is appointed to represent the movant and is given 30 days to file an amended motion to vacate, if necessary.*

[signature]
10/18/10

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By: /s/ William L. Deneke
Assistant United States Attorney
A-961 U.S. Courthouse
110 9th Avenue South
Nashville, Tennessee 37203