UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| BRUCESTAN T. JORDAN | ) | |
| | ) | |
| v. | ) | No. 3:10-cv-00525 |
| | ) | Judge Haynes / Bryant |
| UNITED STATES OF AMERICA | ) | |

## MOTION TO STRIKE PLEADING

Although represented by Court-appointed counsel, the plaintiff has filed a *pro se* pleading (Docket Entry 38, filed November 22, 2010), containing yet another list of demands and continued insults directed at the court and counsel. This Court appointed counsel for Mr. Jordan precisely to put an end to such incoherent and rambling jibberish. Because Mr. Jordan is represented by counsel, continued *pro se* pleadings are unauthorized. The United States moves the Court to strike Docket Entry 38 from the pleadings in this case.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By: /s/ *William L. Deneke*
Assistant United States Attorney
A-961 U.S. Courthouse
110 9th Avenue South
Nashville, Tennessee 37203
Telephone: (615) 736-5151

*[Handwritten judge's note: Granted. All pro se document filed after the appointment of Counsel are STRICKEN. Plaintiff is advised that with the appointed counsel, pro se papers are not to be accepted by the Court. /s/ [Judge] 11-23-10]*