```
               IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

BRUCESTAN T. JORDAN,              )
                                  )
        Plaintiff,                )
                                  )
        v.                        )   NO. 3:10-0525
                                  )
UNITED STATES OF AMERICA,         )   Judge Haynes/Bryant
                                  )
        Defendant.                )

## **O R D E R**

The Clerk has received a filing dated October 22, 2010, which plaintiff seeks to have filed under seal. This filing bears the heading "This Is Not A Pleading."

After reading petitioner's filing more than once, the undersigned Magistrate Judge has been unable to discern its meaning, if it has one, and has concluded, therefore, that it amounts to pure nonsense. In any event, petitioner has stated no legal ground to justify this document being filed under seal. Therefore, the Clerk is directed to make this filing a part of the record in this case.

It is so **ORDERED**.

                                  s/ John S. Bryant
                                  JOHN S. BRYANT
                                  United States Magistrate Judge